Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California corporation; LUKE MIDDLETON, an individual,<br><br>Defendants. | Case No. C15-1823 TEH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:        July 27, 2015<br>Time:        1:30 p.m.<br>Location:   450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br>Courtroom: 12 – 19th Floor<br>Judge:       Hon. Thelton E. Henderson |

Plaintiffs respectfully request that the Initial Case Management Conference, currently on calendar for July 27, 2015, be continued for approximately ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1.    As the Court's records will reflect, this action was filed on April 22, 2015. Defendants were served on June 18, 2015. Plaintiffs filed Proofs of Service of Summons with the Court on June 22, 2015 (Dkts. #11 & 12). Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendants on July 14, 2015 (Dkt. #15). Defendants were duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on July 14, 2015 (Dkt. #16).

2.    Defendants have not contacted Plaintiffs or otherwise made an appearance in this action. Plaintiffs will attempt to contact Defendants to discuss the potential for resolution outside of litigation. If

1

**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. C15-1823 TEH**
P:\CLIENTS\PATCL\Lineation Markings Corp\Pleadings\C15-1823 TEH Plaintiffs Request to Continue CMC 071715.docx

Plaintiffs are unsuccessful in doing so, Plaintiffs will prepare and file a Motion for Default Judgment.

3. There are no issues that need to be addressed by the parties at the currently scheduled Initial Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for approximately ninety (90) days, to allow sufficient time for Plaintiffs' to continue their attempts to contact Defendants, or if unsuccessful, to prepare and file a Motion for Default Judgment.

4. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: July 17, 2015                                    SALTZMAN & JOHNSON LAW CORPORATION

                                            By: _____/S/_____
                                                 Adrian L. Canzoneri
                                                 Attorneys for Plaintiffs, District Council 16 Northern
                                                 California Health and Welfare Trust Fund, et al.

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __October 26, 2015__ at __1:30 PM__, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: July 22, 2015

                                            UNITED STATES DISTRICT JUDGE
                                            Judge Thelton E. Henderson