Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINEATION MARKINGS CORPORATION, a California corporation; LUKE MIDDLETON, an individual,<br><br>Defendants. | Case No. C15-1823 TEH<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:         October 26, 2015<br>Time:        1:30 p.m.<br>Location:   450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br>Courtroom: 12 – 19th Floor<br>Judge:       Hon. Thelton E. Henderson |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for October 26, 2015, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on April 22, 2015. Defendants were served on June 18, 2015. Plaintiffs filed Proofs of Service of Summons with the Court on June 22, 2015 (Dkts. #11 & 12). Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendants on July 14, 2015 (Dkt. #15). Defendants were duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on July 14, 2015 (Dkt. #16).

2. On July 17, 2015, Plaintiffs requested a continuance to the Case Management Conference so that they could make one final attempt to resolve this matter informally with Defendants. On July 22,

1  2015, the Court granted Plaintiffs' request and the Case Management Conference was continued to
2  October 26, 2015 (Dkt. No. 18).

3      3.    Since then, Plaintiffs have attempted to contact Defendants concerning resolution of this
4  matter and have been unsuccessful to date.

5      4.    Accordingly, Plaintiffs respectfully request that the Case Management Conference,
6  currently scheduled for October 26, 2015, be continued for sixty (60) days. Plaintiffs are currently
7  drafting and preparing a Motion for Default Judgment, and anticipate filing the motion within that time
8  frame.

9      5.    There are no issues that need to be addressed by the parties at the currently scheduled
10 Case Management Conference. In the interest of conserving costs, as well as the Court's time and
11 resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case
12 Management Conference for approximately sixty (60) days, to allow for sufficient time for Plaintiffs to
13 prepare and file a Motion for Default Judgment against Defendants, and set a hearing date on said
14 motion.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. C15-1823 TEH**
P:\CLIENTS\PATCL\Lineation Markings Corp\Pleadings\C15-1823 TEH Plaintiffs Request to Continue CMC 101315.docx

1     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: October 14, 2015          SALTZMAN & JOHNSON LAW CORPORATION

By:     /S/
Adrian L. Canzoneri
Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to __January 4, 2016__ at __1:30 PM__, and all previously set deadlines and dates related to this case are continued accordingly.

DATED: October __16__, 2015

UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*

3

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. C15-1823 TEH**
P:\CLIENTS\PATCL\Lineation Markings Corp\Pleadings\C15-1823 TEH Plaintiffs Request to Continue CMC 101315.docx