1  Michele R. Stafford, Esq. (SBN 172509)
   Adrian L. Canzoneri, Esq. (SBN 265168)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  acanzoneri@sjlawcorp.com

6  Attorneys for Plaintiffs,

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  DISTRICT COUNCIL 16 NORTHERN          Case No. C15-1823 TEH
    CALIFORNIA JOURNEYMAN AND
12  APPRENTICE TRAINING TRUST FUND, et al.,   **PLAINTIFFS' REQUEST TO CONTINUE**
                                              **CASE MANAGEMENT CONFERENCE;**
13          Plaintiffs,                       **[PROPOSED] ORDER THEREON**

14          v.                                Date:        January 4, 2016
                                              Time:        1:30 p.m.
15  LINEATION MARKINGS CORPORATION, a         Location:    450 Golden Gate Avenue
    California corporation; LUKE MIDDLETON, an             San Francisco, CA 94102
16  individual,                               Courtroom:   12 – 19th Floor
                                              Judge:       Hon. Thelton E. Henderson
17          Defendants.

18          Plaintiffs respectfully request that the Case Management Conference, currently on calendar for

19  January 4, 2016, be continued for approximately thirty (30) days. Good cause exists for the granting of

20  the continuance, as follows:

21          1.      As the Court's records will reflect, this action was filed on April 22, 2015. Defendants

22  were served on June 18, 2015. Plaintiffs filed Proofs of Service of Summons with the Court on June 22,

23  2015 (Dkts. #11 & 12). Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk

24  entered default as to Defendants on July 14, 2015 (Dkt. #15). Defendants were duly served with a copy

25  of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on July

26  14, 2015 (Dkt. #16).

27          2.      As previously mentioned, Plaintiffs have attempted to contact Defendants numerous

28

                                              1

1    times in an effort to resolve the matter without the need for litigation.  Plaintiffs have been unsuccessful

2    to date.

3        3.       Plaintiffs are finalizing their Motion for Default Judgment, including obtaining the

4    necessary declarations and documents in support thereof.  Plaintiffs intend to file their Motion for

5    Default Judgment by January 29, 2016.

6        4.       There are no issues that need to be addressed by the parties at the currently scheduled

7    Case Management Conference. In the interest of conserving costs, as well as the Court's time and

8    resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case

9    Management Conference for approximately thirty (30) days, to allow for sufficient time for Plaintiffs to

10   finalize and file a Motion for Default Judgment against Defendants.

11       I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled

12   action, and that the foregoing is true of my own knowledge.

13

14   DATED: December 18, 2015                    SALTZMAN & JOHNSON LAW CORPORATION

15

16                                        By:  _____/S/_____

17                                              Adrian L. Canzoneri
                                                Attorneys for Plaintiffs, District Council 16 Northern
18                                              California Health and Welfare Trust Fund, et al.

19   IT IS SO ORDERED.

20       The   currently   set   Case   Management   Conference   is   hereby   continued   to

21   _____February 8, 2016_____ at _____1:30 PM_____, and all previously set deadlines and dates

22   related to this case are continued accordingly.

23

24   DATED: December __22___, 2015

25

26                                            _____
                                              UNITED STATES DISTRICT JUDGE

27

28

2