Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINEATION MARKINGS CORPORATION, a California corporation; LUKE MIDDLETON, an individual, <br><br> Defendants. | Case No.:  C15-1823 TEH <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF SECOND CAUSE OF ACTION** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, et al. ("Plaintiffs") voluntarily dismiss, without prejudice, their second cause of action, for fraud and deceit, against Defendants. Defendants have neither served an answer nor

/ / /

/ / /

/ / /

/ / /

/ / /

moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar cause of action against Defendants.

DATED: January 29, 2016					SALTZMAN & JOHNSON
								LAW CORPORATION

							By:	_____/S/_____
								Erica J. Russell
								Attorneys for Plaintiffs, District Council 16
								Journeyman and Apprentice Training Trust Fund,
								et al.



02/01/2016
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA