Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Journeyman and Apprentice Training
Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, et al., <br><br>     Plaintiffs, <br><br>        v. <br><br> LINEATION MARKINGS CORPORATION, a California corporation; LUKE MIDDLETON, an individual, <br><br>     Defendants. | Case No. C15-1823 TEH <br><br> **PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON** <br><br> Date:     February 8, 2016 <br> Time:    1:30 p.m. <br> Ctrm:    2, 19th Floor <br>             450 Golden Gate Ave. <br>             San Francisco, California <br> Judge:  The Honorable Thelton E. Henderson |

Plaintiffs respectfully request that the Case Management Conference scheduled for February 8, 2016, at 1:30 p.m., be vacated, or in the alternative continued to the date and time of the hearing on Plaintiffs' Motion for Default Judgment, filed concurrently herewith. Good cause to vacate the Case Management Conference exists as follows:

     1.    As the Court's records will reflect, this action was filed on April 22, 2015. Defendants were served on June 18, 2015. Plaintiffs filed Proofs of Service of Summons with the Court on June 22, 2015 (Dkts. #11 & 12). Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendants on July 14, 2015 (Dkt. #15). Defendants

**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**Case No.: C15-1823 TEH**

P:\CLIENTS\PATCL\Lineation Markings Corp\Pleadings\request to vacate or continue cmc 012816.docx

1    were duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of

2    same was filed with the Court on July 14, 2015 (Dkt. #16).

3        2.       On December 18, 2016, Plaintiffs requested a continuance to the Case Management

4    Conference as Plaintiffs were finalizing their Motion for Default Judgment, including obtaining

5    the necessary declarations and documents in support thereof. Plaintiffs informed the Court that

6    they intended to file their Motion for Default Judgment by January 29, 2016 (Dkt. #24). On

7    December 22, 2015, the Court granted Plaintiffs' request and the Case Management Conference

8    was continued to February 8, 2016 (Dkt. #25).

9        3.       As Defendants have still failed and refused to comply with their obligations to

10   Plaintiffs, Plaintiffs are filing their Motion for Default Judgment against Defendants concurrently

11   with this Request to Vacate the Case Management Conference. Accordingly, there are no issues

12   that need to be addressed by this Court at the currently scheduled Case Management Conference.

13   In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully

14   request that the Court vacate the currently scheduled Case Management Conference, or in the

15   alternative continue the currently scheduled Case Management Conference to the date and time of

16   the hearing on Plaintiffs' Motion for Default Judgment.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT
CONFERENCE; and [PROPOSED] ORDER THEREON
Case No.: C15-1823 TEH**

P:\CLIENTS\PATCL\Lineation Markings Corp\Pleadings\request to vacate or continue cmc 012816.docx

1    4.    Plaintiffs recognize that a case management conference statement is due seven days

2    in advance of the case management conference date and that the statement must include all

3    elements requested in the "Standing Order for All Judges of the Northern District of California –

4    Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court

5    require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

6    Dated: January 29, 2016                    **SALTZMAN & JOHNSON**
                                                **LAW CORPORATION**
7
8                                          By:  _____/S/_____
                                                Erica J. Russell
9                                               Attorneys for Plaintiffs, District Council
                                                16 Northern California Journeyman and
10                                              Apprentice Training Fund, et al.

11   IT IS SO ORDERED.

12        Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case

13   Management Conference is hereby VACATED, ~~or in the alternative, CONTINUED to~~

14   _____.

15   Date:  _02/01/2016_____         _____
                                              THE HONORABLE THELTON E. HENDERSON
16                                            UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28                                                                                    -3-

**PLAINTIFFS' REQUEST TO VACATE, OR ALTERNATIVELY CONTINUE, CASE MANAGEMENT
CONFERENCE; and [PROPOSED] ORDER THEREON
Case No.: C15-1823 TEH**